1  Alexander G. Vernon
2  Michael E. Piston
   Piston & Carpenter P.C.
3  4000 Livernois, Suite 110
   Troy, MI  48098
4  (248) 524-1936
5
6  **UNITED STATES DISTRICT COURT**
7  **FOR THE DISTRICT OF COLUMBIA**
8
9  MATTHEW J. CHANG, 45 Hickory
   Drive, Greenwich, CT  06831,
10          Plaintiff,                    CASE NO.
11      vs.                               HON.
12  MICHAEL CHERTOFF, Secretary
   of Homeland Security, U.S. Dept.
13  of Homeland Security,
   Washington, D.C.  20528,
14  EMILIO T. GONZALEZ, Director
15  of the United States Citizenship
   and Immigration Services, 20
16  Massachusetts Ave., N.W.,
17  Washington, D.C.  20529,
   ROBERT MULLER, III, Director of
18  the Federal Bureau of
19  Investigation, 935 Pennsylvania
   Avenue, N.W., Washington, D.C.
20  20535, PAUL NOVAK, Director,
21  United States Citizenship and
   Immigration Services' Vermont
22  Service Center, 75 Lower Welden
   Street, St. Albans, VT  05479,
23
24          Defendants.
25

COMPLAINT - 1

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

## DESCRIPTION OF ACTION

1. This complaint is brought by plaintiff MATTHEW J. CHANG, alien registration number 98899066, against the Defendants to compel action on an application for lawful permanent resident status (the "application") properly filed by the Plaintiff with the United States Citizenship and Immigration Services.

## JURISDICTION

2. Venue is proper in this court, pursuant to 28 U.S.C § 1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where several of the Defendants reside, there being no real property involved in the action.

## DESCRIPTION OF PARTIES

3. The plaintiff, MATTHEW J. CHANG, is a citizen of CANADA, who resides in Greenwich, Connecticut.

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

4. The defendant ROBERT MULLER, III, is the Director of the Federal Bureau of Investigation and upon information and belief, a resident of the District of Columbia.

5. The defendant, MICHAEL CHERTOFF, is the Secretary of the Department of Homeland Security, and as such has been delegated by the Attorney General the authority to adjudicate applications for adjustment of status to permanent resident. He resides in the District of Columbia.

6. The defendant, EMILIO T. GONZALEZ is the Director of the United States Citizenship and Immigration Services (the "USCIS"), the agency within the Department of Homeland Security which adjudicates applications for adjustment of status to permanent resident. He resides in the District of Columbia.

7. The defendant, PAUL NOVAK, is the Director of the United States Citizenship and Immigration Services' Vermont Service Center, where Mr. Chang's application for adjustment of status to permanent resident is currently pending. He resides in the State of Vermont.

COMPLAINT - 3

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

## EXHAUSTION OF REMEDIES

8. Plaintiff has exhausted his administrative remedies through numerous inquiries concerning the status of his application, directly or through legal counsel, as set forth below.

## CAUSE OF ACTION

9. On December 13, 2005, a Petition for Immigrant Worker classifying MATTHEW J. CHANG as a Member of Professions with Advanced Degree or Exceptional Ability, 8 U.S.C. § 203(b)(2), and assigning him a priority date of February 28, 2005, was approved by the Immigration and Naturalization Service.

10. On February 28, 2005, MATTHEW J. CHANG filed an application for adjustment of status on form I-485 (file no. EAC 05 103 51834) with the Vermont Service Center of the Immigration and Naturalization Service, seeking to adjust his status in the U.S. to that of permanent resident on the basis of the above petition for

COMPLAINT - 4

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

1  immigrant worker.

2

3

4  11.  On December 26, 2006, Mr. Chang appeared for a

5  fingerprinting appointment at USCIS-New Rochelle, New York, and

6  did so again on May 29, 2007.

7

8

9  12. Previous to both of those dates, the Immigration and

10  Naturalization Service was dissolved and the United States

11  Citizenship and Immigration Services (USCIS) had assumed

12  responsibility for processing MATTHEW J. Chang's said application.

13

14

15  13.  On November 15, 2006, Mr. Chang made a telephonic inquiry,

16  bearing Service Request number T1B3190601673VSC, with the

17  Vermont Service Center of the USCIS, requesting the status of his

18  application for adjustment of status to permanent resident, which

19  case remained pending with said Service Center.  The case status

20  report found on the internet site of the USCIS, on the same date,

21  stated in pertinent part:

22

23

24

25

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

"On May 12, 2005, the results of your fingerprint review for your I485 Application to Register Permanent Residence or to Adjust Status were received, and processing has resumed on your case. We will mail you a notice if further action is needed, or when a decision is made."

14. On January 16, 2007, and again on January 30, 2007, the USCIS Vermont Service Center sent two written communications in response to Mr. Chang's November 15, 2006 telephonic inquiry with the USCIS customer service center as to the status of his said pending case, both of said communications stating in part, "The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required security checks remain pending."

## COUNT I

15. The Defendants MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, PAUL NOVAK, Director, United States Citizenship and Immigration Services' Vermont Service Center, all are officers or employees of the United States

COMPLAINT - 6

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

and/or the indicated agency thereof.

16. The Defendants MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, PAUL NOVAK, Director, United States Citizenship and Immigration Services' Vermont Service Center, of the United States Citizenship and Immigration Services, each owe a duty to MATTHEW J. CHANG to adjudicate his application for adjustment of status within a reasonable period of time.

17. MATTHEW J. CHANG's application for adjustment of status has now been pending with USCIS or its predecessor for well over two (2) years.

18. The time in which this application has been pending with defendants MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, PAUL NOVAK, Director, United States

COMPLAINT - 7

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

1  Citizenship and Immigration Services' Vermont Service Center of

2  the United States Citizenship and Immigration Services, is well

3  beyond that which these officers or employees reasonably require to

4

5  adjudicate it.

6

7  19. This Court has authority under 28 U.S.C. § 1361 to compel an

8  officer or employee of the United States to perform a duty owed to

9

10 MATTHEW J. CHANG.

11

12

13 20. This Court also has authority under 5 U.S.C. § 706(1) to compel

14 agency action unlawfully withheld or unreasonably delayed.

15

16

17

18                         RELIEF REQUESTED

19

20 WHEREFORE it is respectfully requested that the Court compel

21

22 defendants MICHAEL CHERTOFF, Secretary of Homeland Security,

23 EMILIO T. GONZALEZ, Director of the United States Citizenship

24 and Immigration Services, PAUL NOVAK, Director, United States

25

COMPLAINT - 8

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

Citizenship and Immigration Services' Vermont Service Center of

the United States Citizenship and Immigration Services to

adjudicate MATTHEW J. CHANG'S application for adjustment of

status in no more than 30 days from the date of the Court's order,

or such other reasonable time as the Court may determine, and

take such other action as it deems appropriate.


## COUNT II


21. Upon information and belief the Federal Bureau of Investigation

("FBI") was directed by the USCIS to undertake "background

checks" pertaining to MATTHEW J. CHANG on or before May 12,

2005.


22. Upon information and belief, MATTHEW J. CHANG's

"background checks" have now been pending with the FBI for more

than two (2) years.


23. Defendant ROBERT MULLER III, Director of the Federal Bureau

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

of Investigation, has a duty to MATTHEW J. CHANG to complete

his "background checks" within a reasonable period of time. 5

U.S.C. § 555(b) ("With due regard for the convenience and necessity

of the parties or their representatives and within a reasonable time,

each agency shall proceed to conclude a matter presented to it.").

24. Upon information and belief, the time which these "background

checks" have been pending with defendant ROBERT MULLER, III,

Director of the Federal Bureau of Investigation, is well beyond that

which he reasonably requires to complete them.

25. This Court has authority under 28 U.S.C. § 1361 to compel an

officer or employee of the United States to perform a duty owed to

MATTHEW J. CHANG.

26. This Court also has authority under 5 U.S.C. § 706(1) to compel

agency action unlawfully withheld or unreasonably delayed.

## RELIEF REQUESTED

COMPLAINT - 10

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

1  WHEREFORE it is respectfully requested that the Court compel

2  defendant ROBERT MULLER, III, Director of the Federal Bureau of

3  Investigation to adjudicate MATTHEW J. CHANG's "background

4  checks" in no more than 30 days from the date of the Court's order,

5

6  or such other reasonable time as the Court may determine, and

7  take such other action as it deems appropriate.

8

9

10  Respectfully submitted,

11  Dated this 21st day of November, 2007

12

13

14  Alexander Vernon P68726
    Piston & Carpenter P.C.
15  4000 Livernois Road, Ste. 110
    Troy, MI 48098
16  (248)524-1936 telephone
    (248) 928-0340 facsimile
17  alex@piston.net

18

19

20

21

22

23

24

25

COMPLAINT - 11

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

1 │ Alexander G. Vernon
2 │ Michael E. Piston
  │ Piston & Carpenter P.C.
3 │ 4000 Livernois, Suite 110
  │ Troy, MI  48098
4 │ (248) 524-1936
5 │

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

MATTHEW J. CHANG, 45 Hickory
Drive, Greenwich, CT  06831,
            Plaintiff,

            vs.                          CASE NO.

MICHAEL CHERTOFF, Secretary          HON.
of Homeland Security, U.S. Dept.
of Homeland Security,
Washington, D.C. 20528,
EMILIO T. GONZALEZ, Director
of the United States Citizenship
and Immigration Services, 20
Massachusetts Ave., N.W.,
Washington, D.C.  20529,
ROBERT MULLER, III, Director of
the Federal Bureau of
Investigation, 935 Pennsylvania
Avenue, N.W., Washington, D.C.
20535, PAUL NOVAK, Director,
United States Citizenship and
Immigration Services' Vermont
Service Center, 75 Lower Welden
Street, St. Albans, VT  05479,

            Defendants.

EXHIBIT LIST - 1

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

# EXHIBIT LIST

Exhibit A          (Form I-485) Application to Adjust to Permanent
                   Resident Status Receipt Notice

Exhibit B          12/16/2006 and 05/29/2007 ASC Appointment
                   Notices

Exhibit C          11/15/2006 USCIS Website Case Status

Exhibit D          01/16/2007 USCIS Inquiry Response Letter

Exhibit E          01/30/2007 USCIS Inquiry Response Letter

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-05-103-51834 | | CASE TYPE I485  APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| --- | --- | --- |
| RECEIVED DATE February 28, 2005 | PRIORITY DATE | APPLICANT A98 899 066 |
| NOTICE DATE March 2, 2005 | PAGE 1 of 1 | CHANG, MATTHEW J. |

| JUDY J. CHANG ESQ<br>HELLER IMMIGRATION LAW GROUP LLP<br>473 PINE ST 4TH FLOOR<br>SAN FRANCISCO CA 94104 | Notice Type:  Receipt Notice<br><br>Amount received: $  385.00<br>Section: Adjustment as direct<br>            beneficiary of immigrant<br>            petition |
| --- | --- |

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
  - You can check our current processing time for this kind of case on our website at uscis.gov.
  - On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
  - Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
  - We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
  - Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| CASE TYPE | APPLICATION NUMBER | NOTICE DATE |
|---|---|---|
| 1765 | MSC0706710157 | 12/12/2006 |

| SOCIAL SECURITY NUMBER | USCIS A# | CODE |
|---|---|---|
| | | 2 |

| TCR | SERVICE CENTER | PAGE |
|---|---|---|
| | MSC | 1 of 1 |

MATTHEW CHANG
c/o CHANG   CHANG
600 HANSEN WAY
PALO ALTO, CA 94304



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS NEW ROCHELLE | 12/26/2006 |
| 246 NORTH AVE. | 9:00 AM |
| NEW ROCHELLE, NY 10802 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available: ☐ Wednesday afternoon     ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the orginal with your request to USCIS NEW ROCHELLE, 246 NORTH AVE., NEW ROCHELLE, NY 10802

APPLICATION NUMBER 1

1765   -   MSC0706710157



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| CASE TYPE | APPLICATION NUMBER | | | NOTICE DATE |
|---|---|---|---|---|
| I485 Application to Register Permanent Resident or Adjust Status | EAC0510351834 | | | 5/11/2007 |
| | SOCIAL SECURITY NUMBER | USCIS A# | | CODE |
| | | A098899066 | | 1 |
| | TCR | SERVICE CENTER | | PAGE |
| | | TSC | | 1 of 1 |

MATTHEW J CHANG
c/o JUDY J CHANG ESQ
J GLOBAL LAW GROUP
600 HANSEN WAY
PALO ALTO, CA 10022



To process your application, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**

USCIS NEW ROCHELLE
246 NORTH AVE
NEW ROCHELLE, NY 10802

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
05/29/2007
8:00 AM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS NEW ROCHELLE, 246 NORTH AVE , NEW ROCHELLE, NY 10802

APPLICATION NUMBER 1

I485 - EAC0510351834



If you have any questions regarding this notice, please call 1-800-375-5283

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797 (Rev. 01/31/05) N

# U. S. Citizenship and Immigration Services

**Immigration Services and Benefits**

National Customer Service Call Center (NCSC)

Call Scripts and Information

Case Status Online

Case Status Search

Register

Login

Case Status FAQs

**Case Status**

Receipt Number: EAC0510351834

**Application Type: I485, Application to Register Permanent Residence or to Adjust Status**

**Current Status:**

On May 12, 2005, the results of your fingerprint review for your I485 Application to Register Permanent Residence or to Adjust Status were received, and processing has resumed on your case. We will mail you a notice if further action is needed, or when a decision is made.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see the Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375 - 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status

Get Acrobat Reader

**11-15-2006 12:35 PM EST**

Service Request # TIB3190601673VSC
made on 11/15/2006

U.S. Department of Homeland Security
75 Lower Welden Street
St. Albans, VT 05479



U.S. Citizenship
and Immigration
Services

January 30, 2007

|||||| ||| ||| ||| ||| ||| ||| ||| ||| ||| ||| ||| ||| ||| ||| |||
MATTHEW J CHANG
JUDY J CHANG ESQ
J GLOBAL LAW GROUP
600 HANSEN WAY
PALO ALTO CA  94304

A Number                      A098899066
File Receipt Number           EAC0510351834
Beneficiary:
Applicant/Petitioner Name     CHANG, MATTHEW J

Dear Sir/Madam:

The processing of your case has been delayed. A check of our records establishes that your case is not yet
ready for decision, as the required security checks remain pending.

Until the security checks have been completed, we cannot move forward on your case. These security
checks are required to be completed on all applicants who apply for the immigration benefit you are
seeking. We will make every effort to make a decision on this case as soon as the security checks are
complete. If you do not receive a decision or other notice of action from us within 6 months of this letter,
please contact us by calling our customer service number provided below.

1-800- 375- 5283

If you would like more information about Immigration Security Checks, please visit our website at
**www.uscis.gov/pressroom** for the April 2006 fact sheet.

FINAL NOTE: Title 8, Code of Federal Regulations, Section 265.1 states in pertinent part, "Except for those
exempted by section 263(b) of the Act, all aliens in the United States required to register under section 262 of
the Act shall report each change of address and new address within 10 days on Form AR-11."

Sincerely,

Sandra T. Bushey

Sandra T Bushey
Acting Center Director

CC: MATTHEW J CHANG

U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St Albans VT 05479-0001



**US Citizenship
and Immigration
Services**

January 16, 2007

JUDY CHANGE
J GLOBAL LAW GROUP
600 HANSEN WAY
PALO ALTO CA 94304

A File Number: A98899066
Applicant/Petitioner: MATTHEW J CHANG

Dear Sir or Madam:

The G28 has been applied to your applications/petitions and we have sent them to the files

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required security checks remain pending.

Until the security checks have been completed, we cannot move forward on your case. These security checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

For future status inquiries of a petition or application filed at this Center you may want to utilize our National Customer Service Center by calling 1-800-375-5283. If you would like to obtain forms, filing instructions, case status or schedule an appointment with your local office, please visit our web site at www.uscis.gov. You must use the InfoPass Appointment Scheduler prior to visiting your local office.

FINAL NOTE: Please remember that every person, over the age of 14, who is not a U.S. citizen or in 'A' or 'G' nonimmigrant status, must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in Form AR-11.

Sincerely,

*Paul E. Novak Jr.*

Paul E. Novak, Jr.
Center Director
VSC0611301 7652/278001

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

## I (a) PLAINTIFFS

MATTHEW J. CHANG,

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Fairfield, CT
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Alexander G. Vernon/Michael E. Piston
Piston & Carpenter P.C.
4000 Livernois, Suite 110, Troy, MI  48098
(248) 524-1936

## DEFENDANTS

Dept of Homeland Security, MICHAEL CHERTOFF, Secretary, USCIS, EMILIO T. GONZALEZ, Director, F.B.I., ROBERT MULLER, III, Director, USCIS-Vermont Service Center,, PAUL NOVAK, Director,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7139

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
      Plaintiff

◉ 2 U.S. Government
      Defendant

○ 3 Federal Question
      (U.S. Government Not a Party)

○ 4 Diversity
      (Indicate Citizenship of
      Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ○ A. *Antitrust* | ○ B. *Personal Injury/ Malpractice* | ○ C. *Administrative Agency Review* | ○ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☒ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ○  E.  *General Civil (Other)* | OR | ○  F.  *Pro Se General Civil* |
|---|---|---|

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○  **G.** *Habeas Corpus/ 2255*<br><br>□ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | ○  **H.** *Employment Discrimination*<br><br>□ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○  **I.** *FOIA/PRIVACY ACT*<br><br>□ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br><br>*(If pro se, select this deck)* | ○  **J.** *Student Loan*<br><br>□ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |
|---|---|---|---|
| ○  **K.** *Labor/ERISA (non-employment)*<br><br>□ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | ○  **L.** *Other Civil Rights (non-employment)*<br><br>□ 441 Voting (if not Voting Rights<br>Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-<br>Employment<br>□ 446 Americans w/Disabilities-<br>Other | ○  **M.** *Contract*<br><br>□ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>□ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | ○  **N.** *Three-Judge Court*<br><br>□ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original   ○ 2 Removed   ○ 3 Remanded from   ○ 4 Reinstated   ○ 5 Transferred from   ○ 6 Multi district   ○ 7 Appeal to
   Proceeding    from State    Appellate Court    or Reopened    another district    Litigation    District Judge
             Court                                    (specify)                          from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

28 U.S.C. § 1361. To compel an action on an application for lawful permanent resident status.

| **VII. REQUESTED IN**<br>     **COMPLAINT** | CHECK IF THIS IS A CLASS<br>ACTION UNDER F.R.C.P. 23 | **DEMAND $** _____ | Check YES only if demanded in complaint |
|---|---|---|---|
| | | **JURY DEMAND:** | YES [ ]   NO [✗] |

**VIII. RELATED CASE(S)**   (See instruction)   YES [ ]   NO [✗]   If yes, please complete related case form.
     **IF ANY**

DATE  11/21/2007    SIGNATURE OF ATTORNEY OF RECORD _____

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States

III.     CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II

IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.