UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MATTHEW J. CHANG,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2139 (RCL) |
| | ) | |
| **MICHAEL CHERTOFF,** | ) | |
| Secretary, Homeland Security, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER

There is nothing on the docket of the Clerk of Court reflecting service on defendants Michael Chertoff, Secretary of Homeland Security, *et al.*[1] Accordingly, it is hereby

ORDERED that plaintiff shall, within the next ten (10) days, file with the Clerk of Court either proof of service or a status memorandum indicating all steps taken to date to effect service.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 8, 2008.

---

[1] Proof of personal service on the United States Attorney or his designated employee, and service by mail on the United States Attorney General is also required in cases involving the United States or an officer or agency thereof.