UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MATTHEW J. CHANG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2139 (RCL) |
| | ) | |
| **MICHAEL CHERTOFF,** | ) | |
| **Secretary, Homeland Security,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Plaintiff having failed to comply with this Court's order of January 8, 2008, this action is hereby dismissed without prejudice.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 30, 2008.