# United States District Court
# For the District of Columbia

MATTHEW J. CHANG, 45 Hickory Drive, Greenwich, CT 06831,   )
        Plaintiff(s)   )   **APPEARANCE**
        )
        )
        vs.   )   CASE NUMBER   1;07-cv-02139
MICHAEL CHERTOFF, Secretary of Homeland Security, U.S. Dept. of Homeland Security, Washington, D.C. 20528, EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, 20 Massachusetts Ave., N.W., Washington, D.C. 20529, ROBERT MULLER, III, Director of the Federal Bureau of Investigation, 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535, PAUL NOVAK, Director, United States Citizenship and Immigration Services' Vermont Service Center, 75 Lower Welden Street, St. Albans, VT 05479,   )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Michael E. Piston   as counsel in this
        (Attorney's Name)

case for:   Matthew Chang
        (Name of party or parties)

February 2, 2008
Date

        Signature

        s/ Michael E. Piston
MI0002
BAR IDENTIFICATION
        Print Name

        4000 Livernois Ste 110
        Address

        Troy,  MI 48098
        City    State    Zip Code

        (248)524-1936
        Phone Number