Michael E. Piston
Alexander G. Vernon
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI  48098
(248) 524-1936

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

MATTHEW J. CHANG, 45 Hickory Drive, Greenwich, CT 06831,

      Plaintiff,

    vs.

MICHAEL CHERTOFF, Secretary of Homeland Security, U.S. Dept. of Homeland Security, Washington, D.C. 20528, EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, 20 Massachusetts Ave., N.W., Washington, D.C. 20529, ROBERT MULLER, III, Director of the Federal Bureau of Investigation, 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535, PAUL NOVAK, Director, United States Citizenship and Immigration Services' Vermont Service Center, 75 Lower Welden Street, St. Albans, VT 05479,

    Defendants.

CASE NO.  1;07-cv-02139

HON. ROYCE C. LAMBERTH

## MOTION TO SET ASIDE DISMISSAL

MOTION TO SET ASIDE DISMISSAL - 1

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

### **MOTION TO SET ASIDE DISMISSAL**

1. Plaintiff MATTHEW J. CHANG, alien registration number 98899066, hereby respectfully moves this court, pursuant to FRCP 60(b), to set aside the January 30, 2008 dismissal of his complaint against the Defendants to compel action on an application for lawful permanent resident status (the "application") properly filed by the Plaintiff with the United States Citizenship and Immigration Services.

2. The January 30, 2008 dismissal was entered against the plaintiff for failure to respond to a January 8, 2008 order of the court requiring filing with the Clerk of Court within 10 days of said order, "either proof of service or a status memorandum indicating all steps taken to date to effect service."

3. In support of this instant motion, Plaintiff would show that the failure to comply with the order of January 8, 2008, was a result of either mistake, inadvertence, or excusable neglect, or a combination of all three factors the court may take into account, pursuant to FRCP 60(b) in relieving a party of a final judgment, on motion filed within a reasonable time, and upon terms that are just.

4. To Whit: The Plaintiff's counsel, Alexander G. Vernon, of Piston & Carpenter, recollects, to the best of his memory, that he filed an application for Electronic Case Filing with the court at some time during the processes of applying for admission to practice. Attorney Vernon was sworn in on October 1st, 2007, but to date has not received notice of any ECF account for the United States District Court for the District of Columbia.

MOTION TO SET ASIDE DISMISSAL - 2

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

*5.* On page 5 of the Application for Admission, available on the court's internet site,  it states as follows:

*"The information on this form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information."*

6. On November 21, 2007 Mr. Vernon signed and delivered for filing a complaint in the matter of Chang v. Chertoff, which was later assigned to Judge Royce C. Lamberth, with case number 1:07-cv-02139.

7. Mr. Vernon was aware that his legal assistant, Sue Alexandrowicz had diligently served all defendants in this case, and was awaiting return of signed certificates of service from defendant Michael Chertoff.

8. On February 1st, 2008 Mr. Vernon was informed by Mrs. Alexandrowicz that when she attempted to e-file the proofs of service, she found that the case had been administratively closed on January 31, 2008.

9. Mr. Vernon telephoned the Clerk's office, and was informed that the case had been closed because the Judge had ordered dismissal on January 30, 2008. The clerk advised Mr. Vernon that this dismissal was for failure to comply with an order issued on January 8, 2008.

10.    Mr. Vernon states that he was not aware of there being any such order, so he searched the plaintiff's physical file, his

MOTION TO SET ASIDE DISMISSAL - 3

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

electronic file on the firm's network, and his e-mail account, as well as the firm's case tracking system, INSZOOM, and found no entry pertaining to this order. Mr. Vernon also checked with legal assistant Sue Alexandrowicz, and senior counsel Michael E. Piston, neither of whom had received notice of this order.

10a. Further, Michael E. Piston, as the writer of this motion, states that he had no knowledge of the Court's Order of January 8, 2008 prior to being informed of the dismissal of this matter by Mrs. Alexandrowicz on February 1, 2008 and, in particular, that no member of his staff scanned to him a copy of that Order as is the unvarying practice of this office when a paper is received pertaining to a Federal litigation matter.

11.    Mr. Vernon attempted to log into the ECF system to retrieve a password, in the event that he might have forgotten it, but the system informed him, after he had checked with both e-mail addresses he uses, that neither his name nor e-mail addresses where in the system. The screen print out read: *"DB: Requestor not currently registered.DB: Userid not currently recorded. DB: Email address not currently recorded."* On the same day Mr. Vernon completed another ECF application downloaded from the court's website, and faxed it to the number indicated on the form.

12.    Mr. Vernon called the clerk's office again, and was transferred to Judge Lamberth's Courtroom Deputy Robert Elliot, who advised him that he had no e-mail in the system and accordingly a paper order was mailed out to the firm's address, at 4000 Livernois Rd., Suite 110, Troy, Michigan, 48098 on June 8th.

13.    Mr. Elliot said that the order was for Plaintiff to serve on the court within 10 days, proof of service to defendant Michael Chertoff, or a status memorandum stating the steps counsel had taken to serve defendant Chertoff. Mr. Elliot further said that the order dismissing the case on January 30th was also

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

mailed out to him, but would not have reached Mr. Vernon yet. He said he would re-mail Mr. Vernon the January 8th order.

14.    Mr. Vernon explained to Mr. Elliot his recollection of filing an ECF registration during the admission process, and

his resubmission of an ECF application on February, 1st, 2008. Mr. Vernon also advised Mr. Elliot that neither he, nor anyone else at the firm had received a mailed copy of the January 8th order.

15.    Mr. Elliot advised that Plaintiff's counsel could recite the facts of non-receipt of the order in a motion to the court to try and reopen the case.

16.    Accordingly plaintiff, through his attorneys submits the instant motion and respectfully requests that the court excuse the failure to timely serve on the Clerk of the court such proofs of service and attempted service as were required by the order of January 8, 2008.

Respectfully submitted,

Dated this 2nd day of February, 2008

/s Michael E. Piston_____

Michael E. Piston MI0002
Piston & Carpenter, P.C.
4000 Livernois, Suite 110
(248)524-1936 telephone
(248) 928-0340 facsimile
michael@piston.net

MOTION TO SET ASIDE DISMISSAL - 5

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

1

Alexander G. Vernon

2

Michael E. Piston

Piston & Carpenter P.C.

3

4000 Livernois, Suite 110

Troy, MI  48098

4

(248) 524-1936

5

### UNITED STATES DISTRICT COURT

6

### FOR THE DISTRICT OF COLUMBIA

7

8

9

MATTHEW J. CHANG, 45 Hickory
Drive, Greenwich, CT  06831,

10

          Plaintiff,

11

     vs.

CASE NO.  1;07-cv-02139

HON. ROYCE C. LAMBERTH

12

MICHAEL CHERTOFF, Secretary
of Homeland Security, U.S. Dept.

13

of Homeland Security,
Washington, D.C.  20528,

14

EMILIO T. GONZALEZ, Director

15

of the United States Citizenship
and Immigration Services, 20

16

Massachusetts Ave., N.W.,
Washington, D.C.  20529,

17

ROBERT MULLER, III, Director of

18

the Federal Bureau of
Investigation, 935 Pennsylvania

19

Avenue, N.W., Washington, D.C.

20

20535, PAUL NOVAK, Director,
United States Citizenship and

21

Immigration Services' Vermont
Service Center, 75 Lower Welden

22

Street, St. Albans, VT  05479,

23

24

          Defendants.

25

EXHIBIT LIST - 1

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

# **EXHIBIT LIST**

Exhibit A        Affidavit of Alexander Vernon

Exhibit B        Affidavit of Sue Alexandrowicz

Exhibit C        Proofs of Service

Exhibit D        ECF Login Attempts

Exhibit E        ECF registration, Alexander Vernon
                 February 1, 2008

/s Michael E. Piston_____

Michael E. Piston MI0002
Piston & Carpenter, P.C.
4000 Livernois, Suite 110
(248)524-1936 telephone
(248) 928-0340 facsimile
 michael@piston.net

EXHIBIT LIST - 2

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

## AFFIDAVIT OF ALEXANDER VERNON

1. My name is Alexander Vernon.

2. I am an associate attorney at Piston & Carpenter. P.C.

3. On October 1st, 2007, I was admitted to the Bar of the United States District Court for the District of Columbia.

4. I recall at some point in the admission process, whether in the initial application or on the swearing in date, filing out and submitting an application for an Electronic Case Filing Account (ECF) Account for this court.

5. Indeed, I have downloaded another application from the court's website, and now note that on page 5 of the Application for Admission it states: *"The information on this form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive*

*email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.*

6. I have not received any notice pertaining to an ECF account for this court.

7. On November 21, 2007 I signed and delivered for filing a complaint in the matter of Chang v. Chertoff, which was later assigned to Judge Royce C. Lamberth, with case number 1:07-cv-02139.

8. I am aware that my legal assistant, Sue Alexandrowicz has diligently served all defendants in this case, and was awaiting return of signed certificates of service from defendant Michael Chertoff.

9. On February 1st, 2008 I was informed by Mrs. Alexandrowicz that when she attempted to e-file the proofs of service, she found that the case had been administratively closed on January 31, 2008.

10. I telephoned the Clerk's office, and was informed that the case had been closed because the Judge had ordered dismissal on January 30, 2008. The clerk advised me that this dismissal was for failure to comply with an order issued on January 8, 2008.

11. I was not aware of there being any such order, so I searched the plaintiff's physical file, his electronic file on the firm's network, and

my e-mail account, as well as our case tracking system, INSZOOM, and found no entry pertaining to this order.

12. I also checked with my legal assistant Sue Alexandrowicz, and senior counsel Michael E. Piston, neither of whom had received notice of this order.

13. I attempted to log into the ECF system to retrieve a password, in the event that I might have forgotten it, but the system informed me, after I had checked with both e-mail addresses I use, that neither my name nor e-mail addresses where in the system. The screen print out said: "DB: Requestor not currently registered.DB: Userid not currently recorded. DB: Email address not currently recorded."

14. On the same day I completed another ECF application downloaded from the court's website, and faxed it to the number indicated on the form.

15. I called the clerk's office again, and was transferred to Judge Lamberth's Courtroom Deputy Robert Elliot, who advised me that I had no e-mail in the system and accordingly a paper order was mailed out to our address, at 4000 Livernois Rd., Suite 110, Troy, Michigan, 48098 on June 8th.

16. Mr. Elliot said that the order was for us to serve on the court within 10 days proof of service to defendant Michael Chertoff, or a status memorandum stating the steps we'd taken to serve defendant Chertoff.

17. Mr. Elliot further said that the Order dismissing the case on January 30th was also mailed out to us, but would not have reached us yet. He said he would re-mail us the January 8th order.

18. I explained to Mr. Elliot that I recall that I had filed an ECF registration during the admission process, and had resent one on February, 1st, 2008.

19. I also advised Mr. Elliot that we had not received a copy of the January 8th order.

20. Mr. Elliot advised that we could recite the facts of our non-receipt of the order in a motion to the court to try and reopen the case.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Alexander G. Vernon          Executed on:   02\01\2008

4000 Livernois Rd, Suite 110, Troy, Michigan, 48098      Tel: 248-680-0600

# AFFIDAVIT OF SUE ALEXANDROWICZ

1. My name is Sue Alexandrowicz

2. I am a Legal Assistant at Piston & Carpenter. P.C.

3. I have worked here since October, 2003.

4. I am familiar with our process for documenting incoming mail which is as follows:

5. All incoming mail is opened by an administrative assistant, and given to me.

6. Any item relating to litigation cases is scanned and e-mailed to the senior attorney, Michael E. Piston, and the associate working on the case.

7. An electronic copy of the item is then saved to the client's file on the Office network.

8. A hard copy is saved in the clients physical file

9. A note is entered into our case tracking system, INSZOOM.

10. I do not recall seeing any order dated January 8th, 2008 in the case Chang v. Chertoff, 1:07-cv-02139, nor did I notate receipt of an order in INSZOOM.

11. As of 01/31/2008 there was no copy of this order in the clients file on the network, nor in the physical file.

12. I only found out about this order on February 1, 2008, when I was informed by Attorney Alexander Vernon that a Clerk from the court confirmed that such an order had been mailed out to our office at 4000 Livernois Rd., Ste. 110, Troy MI, on January 8th, 2008.

13. Mr. Vernon had called the clerk to inquire as to why the ECF system indicated that the case was closed on 01/31/2008, which I had discovered today when I attempted to e-file the Return of Service.

14. I understand that the order of January 8, 2008 requested a memorandum of our efforts to serve the defendants.

15. I summarize those efforts as follows:

16. On December 03, 2007, I posted a Summons and Complaint, certified mail, return receipt requested (cm/rrr) to all parties.

17. I received certified mail posting receipts stamped by the post office dated December 03, 2007 to acknowledge the post office receipt of all the packages.

18. I keep a separate folder near my desk to keep track of signature confirmation for all sent summons/complaints awaiting green US Postal Service (USPS) signature cards.

19. I received all signature cards with the exception of the one from Michael Chertoff. Therefore, on February 01, 2008 I felt it prudent to e-file proofs of service with what delivery proof I had which was a copy of the envelope as served, the stamped USPS receipt of the certified mail and the USPS website delivery confirmation page.

20. I attempted to e-file proofs of service with the Court on February 1, 2008 and when I logged into the case number, saw that the case was closed on 01/31/08.

21. I immediately e-mailed Attorneys Michael E. Piston and Alexander Vernon to alert them and find out why the case was closed since I have never received any information from the Court after receiving the Court stamped copies of the Summons and Complaint.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Sue Alexandrowicz        Executed on: 02/01/2008

4000 Livernois Rd, Suite 110, Troy, Michigan, 48098    Tel: 248-680-0600

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MATTHEW J CHANG,

### SUMMONS IN A CIVIL CASE

V

MICHAEL CHERTOFF, Secretary of Homeland Security,
EMILIO T. GONZALEZ, Director of the U S.C.I S.,
ROBERT MULLER, III, Director, F.B I., PAUL NOVAK,
Director, USCIS-Vermont Service Center.

CASE

Case: 1:07-cv-02139
Assigned To : Lamberth, Royce C.
Assign Date : 11/26/2007
Description: Admn  Agency Review

TO: (Name and address of Defendant)

Emilio T. Gonzalez, Director
U.S. Citizenship & Immigration Services
20 Massachusetts Avenue, N.W.
Washington, D.C. 20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alexander G. Vernon
Michael E. Piston
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI 48098

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service   If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

NOV 2 6 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  12/13/2007 |
| NAME OF SERVER *(PRINT)*  Susan Alexandrowicz | TITLE  Legal Assistant, Piston & Carpenter P.C. |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant   Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein

    Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify):  certified mail / return receipt requested _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| –0– | –0– | –0– |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/01/2008        _Susan Alexandrowicz_
                  Date              Signature of Server

Susan Alexandrowicz, Legal Assistant
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI  48098
                  Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Emilio T. Gonzalez, Director
U.S.C.I.S.
20 Massachusetts Ave, NW
Washington, DC 20529

2. Article Number
(Transfer from service label)   7007 1490 0001 8747 5910

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
D. H. S.                        12/13/12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MATTHEW J. CHANG,

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL CHERTOFF, Secretary of Homeland Security,
EMILIO T. GONZALEZ, Director of the U.S.C.I.S.,
ROBERT MULLER, III, Director, F.B.I., PAUL NOVAK,
Director, USCIS-Vermont Service Center.

CAS.

Case: 1:07-cv-02139
Assigned To : Lamberth, Royce C.
Assign Date : 11/26/2007
Description: Admn Agency Review

TO: (Name and address of Defendant)

Paul Novak, Director
U.S.C.I.S. - Vermont Service Center
75 Lower Welden Street
St. Albana, VT 05479

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alexander G. Vernon
Michael E. Piston
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI 48098

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

NOV 26 2007

CLERK                                    DATE

*Geuriane Huggine*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/07/2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Susan Alexandrowicz | Legal Assistant, Piston & Carpenter P.C. |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served: _____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

     Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

G    Other (specify): certified mail / return receipt requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| –0– | –0– | –0– |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on   02/01/2008     *Susan Alexandrowicz*
          Date          *Signature of Server*

Susan Alexandrowicz, Legal Assistant
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI  48098
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul Novak Director
USCIS-Vermont Svc Ctr
75 Lower Welden St
St Albans, VT 05479

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
   ☒ Certified Mail    □ Express Mail
   □ Registered        ☒ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)              □ Yes

2. Article Number
(Transfer from service label)

7007 1490 0003 8747 5934

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MATTHEW J CHANG,

### SUMMONS IN A CIVIL CASE

V.

MICHAEL CHERTOFF, Secretary of Homeland Security,
EMILIO T. GONZALEZ, Director of the U.S.C.I.S.,
ROBERT MULLER, III, Director, F.B.I., PAUL NOVAK,
Director, USCIS-Vermont Service Center.

CASE   Case: 1:07-cv-02139
Assigned To : Lamberth, Royce C
Assign Date : 11/26/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

U.S. Attorney General
U.S. Department of Justice
850 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alexander G. Vernon
Michael E. Piston
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI 48098

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    NOV 2 6 2007

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/07/2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Susan Alexandrowicz | Legal Assistant, Piston & Carpenter P.C. |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant  Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify):   certified mail / return receipt requested _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| –0– | –0– | –0– |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on   02/01/2008    *Susan Alexandrowicz*
               *Date*         *Signature of Server*

                       Susan Alexandrowicz, Legal Assistant
                       Piston & Carpenter P.C.
                       4000 Livernois, Suite 110
                       Troy, MI  48098
                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

A. Signature
X _____    ☐ Agent
                              ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
   DEC 0 7 2007

1. Article Addressed to:

U.S. Attorney General
U.S. Dept. of Justice
850 Pennsylvania Ave, NW
Washington, DC 20530

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*            ☐ Yes

2. Article Number
   *(Transfer from service label)*     7007 1490 0001 8747 5958

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MATTHEW J. CHANG,

### SUMMONS IN A CIVIL CASE

V.

MICHAEL CHERTOFF, Secretary of Homeland Security,
EMILIO T. GONZALEZ, Director of the U.S.C.I.S.,
ROBERT MULLER, III, Director, F.B.I., PAUL NOVAK,
Director, USCIS-Vermont Service Center.

CASE

Case: 1:07-cv-02139
Assigned To : Lamberth, Royce C.
Assign. Date : 11/26/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Michael Chertoff, Secretary
Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alexander G. Vernon
Michael E. Piston
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI 48098

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

**NOV 2 6 2007**

DATE

_Maureen Liggins_

(By) DEPUTY CLERK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE _12/18/2007_ |
| NAME OF SERVER *(PRINT)* Susan Alexandrowicz | TITLE Legal Assistant, Piston & Carpenter P.C. |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  certified mail / return receipt requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| –0– | –0– | –0– |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _02/01/2008_        _Susan Alexandrowicz_
          Date              Signature of Server

Susan Alexandrowicz, Legal Assistant
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI  48098
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MATTHEW J. CHANG,

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL CHERTOFF, Secretary of Homeland Security,
EMILIO T. GONZALEZ, Director of the U.S.C.I.S.,
ROBERT MULLER, III, Director, F.B.I., PAUL NOVAK,
Director, USCIS-Vermont Service Center.

CAS

Case: 1:07-cv-02139
Assigned To : Lamberth, Royce C
Assign. Date : 11/26/2007
Description: Admn  Agency Review

TO: (Name and address of Defendant)

Robert Muller, III, Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C.  20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alexander G. Vernon
Michael E. Piston
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI  48098

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service   If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service

NANCY MAYER-WHITTINGTON                          NOV 2 6 2007

CLERK                                                                 DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/08/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Susan Alexandrowicz | Legal Assistant, Piston & Carpenter P.C. |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant   Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

    Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  certified mail / return receipt requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | -0- | -0- |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/01/08        _Susan Alexandrowicz_
               Date        *Signature of Server*

Susan Alexandrowicz, Legal Assistant
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI  48098
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**MICHAEL E. PISTON, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
4000 Livernois Road, Suite 110
Troy, Michigan 48098

Robert Muller, III, Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C.  20535



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece
or on the front if space permits.

1. Article Addressed to:

Robert Muller, III, Director
Federal Bureau of Invest
935 Pennsylvania Ave, NW
Washington, DC 20535

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                      ☐ Agent
                                       ☐ Addressee
B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
   (Transfer from service label)    7007 1490 0001 8747 5927

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | 1.48 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.28 |

Postmark
Here

Sent To   Robert Muller, III, Dir, FBI
Street, Apt. No.;  935 Pennsylvania Ave, Nw
or PO Box No.
City, State, ZIP+4   Washington, DC 20535

7007 1490 0001 8747 5927



UNITED STATES
POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7007 1490 0001 8747 5927
Status: **Delivered**

Your item was delivered at 5:24 AM on December 8, 2007 in
WASHINGTON DC 20535

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS  All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | 1.48 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.28 |

Postmark
Here

Sent To  Robert Mueller, III, Dir. FBI
Street, Apt. No. or PO Box No. 935 Pennsylvania Ave. NW
City, State, ZIP+4  Washington, DC 20535

PS Form 3800, August 2006        See Reverse for Instructions

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MATTHEW J. CHANG,

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL CHERTOFF, Secretary of Homeland Security,
EMILIO T. GONZALEZ, Director of the U.S.C.I.S.,
ROBERT MULLER, III, Director, F.B.I., PAUL NOVAK
Director, USCIS-Vermont Service Center.

CAS

Case: 1:07-cv-02139
Assigned To : Lamberth, Royce C.
Assign. Date : 11/26/2007
Description: Admn  Agency Review

TO: (Name and address of Defendant)

United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alexander G. Vernon
Michael E. Piston
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI  48098

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service

NANCY MAYER-WHITTINGTON                          NOV 2 6 2007

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/07/2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Susan Alexandrowicz | Legal Assistant, Piston & Carpenter P.C. |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  certified mail / return receipt requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| –0– | –0– | –0– |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  02/01/2008
*Date*

*Signature of Server*

Susan Alexandrowicz, Legal Assistant
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI  48098
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S Attorney
555 Fourth St, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

DEC 0 7 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type

☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7003 3110 0001 6747 5941

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. District Court**
*District of Columbia*

# CM/ECF User Password Reset

**Requirements:** A user requesting a new password for CM/ECF must already be registered and a member in good standing with the Court.

**Instructions:** Complete and submit this form online to request a new password from the United States District Court, District of Columbia. Entry fields are not case-sensitive, but must otherwise match database entries already on file for successful verification. **After verification, your user id and password will be emailed to the specified address.**

| | | |
|---|---|---|
| Name (First, Last): | Alexander | Vernon |
| Email Address: | alex@piston.net | (Format xxx@xxxx.xxx) |
| Last 4 digits of SSN: | 1970 | |

By submitting this form, I hereby agree to abide by the CM/ECF Terms Of Use.

[ Submit ]   [ Reset ]

**U.S. District Court**

*District of Columbia*

# CM/ECF User Password Reset

Database discrepancies were found for one or more entries, as indicated below.
Please hit your 'back' button, correct your entries, and try again.

    DB: Requestor not currently registered.
    DB: Userid not currently recorded.
    DB: Email address not currently recorded.


If you continue to experience verification errors, you may call the CM/ECF Help Desk at 202-354-3190.



**U.S. District Court**
*District of Columbia*

# CM/ECF User Password Reset

**Requirements:** A user requesting a new password for CM/ECF must already be registered and a member in good standing with the Court.

**Instructions:** Complete and submit this form online to request a new password from the United States District Court, District of Columbia. Entry fields are not case-sensitive, but must otherwise match database entries already on file for successful verification. **After verification, your user id and password will be emailed to the specified address.**

Name (First, Last):  Alexander        Vernon

Email Address:  agvernon@gmail.com        (Format xxx@xxxx.xxx)

Last 4 digits of SSN:  1970

By submitting this form, I hereby agree to abide by the CM/ECF Terms Of Use.

[ Submit ]  [ Reset ]



**U.S. District Court**

*District of Columbia*

# CM/ECF User Password Reset

Database discrepancies were found for one or more entries, as indicated below.
Please hit your 'back' button, correct your entries, and try again.

  DB: Requestor not currently registered.
  DB: Userid not currently recorded.
  DB: Email address not currently recorded.


If you continue to experience verification errors, you may call the CM/ECF Help Desk at 202-354-3190.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### ELECTRONIC CASE FILES
### Attorney/Participant Registration Form

## LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number: _____

First Name/Middle Initial/Last Name    *Alexander    G    VERNON*

Last four digits of Social Security Number    *1970*

DC Bar ID#:    *M 100 32*

Firm Name    *Piston & Carpenter*

Firm Address    *4000 Livernois Rd. Ste 100*
*Troy MI 48098*

Voice Phone Number    *248 - 680 - 0600*

FAX Phone Number    *248 - 680 - 0627*

Internet E-Mail Address    *agvernon@gmail.com*

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.    This system is for use only in cases permitted by the **U.S. District Court for the District of Columbia.** It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2.    Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3.     An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4.     Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5.     Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:          U.S. District Court for the District of Columbia
                                     Attn:   Attorney Admissions
                                     333 Constitution Avenue NW, Room 1825
                                     Washington, DC 20001

Or FAX to:                           Peggy Trainum
                                     U.S. District Court for the District of Columbia
                                     (202) 354-3067

Applicant's Signature _____

VERNON                    A                 1970
_____           _____          _____
Full Last Name            Initial of        Last 4 Digits SS#
                          First Name