UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. CHANG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2139 (RCL) |
| ) | |
| MICHAEL CHERTOFF, ) | |
| Secretary, Homeland Security, *et al*. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of plaintiff's motion [5] to set aside dismissal and the record herein, it is hereby

ORDERED that plaintiff's motion [5] is GRANTED.

In the future, plaintiff shall take notice of Local Civil Rule 7(c) which requires parties to submit a proposed order with their motions.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on February 5, 2008.