UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MATTHEW J. CHANG, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2139 (RCL) |
| MICHAEL CHERTOFF, Secretary, Homeland Security, *et al.*, Defendants. | ) ) ) ) ) | |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin Meriweather and Special Assistant United States Attorney Brandon Lowy as counsel for Defendants in the above-captioned action.

Dated: March 18, 2007

Respectfully submitted,

        /s/ Brandon L. Lowy
BRANDON L. LOWY,
Special Assistant United States Attorney
555 Fourth St., NW
Washington, D.C.  20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov

        /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov