UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MATTHEW J. CHANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2139 (RCL) |
| | ) | |
| MICHAEL CHERTOFF, | ) | |
| Secretary, Homeland Security, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANTS' CONSENT MOTION TO SET A DATE CERTAIN
### TO FILE AN ANSWER

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants Michael Chertoff, Secretary of Homeland Security, Emilio Gonzalez, Director of the United States Citizenship and Immigration Services, Robert Muller, III, Director of Federal Bureau of Investigation, and Paul Novak, Director of United States Citizenship and Immigration Services, Vermont Service Center respectfully move this Court to set the date certain of April 11, 2008, for Defendant to file an answer. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel conferred with counsel for Plaintiff on this motion, and counsel for Plaintiff consented to the relief requested.

There is good cause for the Court to grant this Motion. The undersigned counsel was new to the Civil Division when the Court dismissed the instant case for failure to comply with the Court's Order of January 8, 2008. See Dkt. Entry no. 3. It was only recently that undersigned counsel learned that the Court had granted Plaintiff's Motion to Set Aside Judgment. See Dkt. Entry no. 6. As no date certain has been set for Defendant's answer to be

filed, undersigned counsel contacted counsel for Plaintiff and proposed April 11, 2008, as a date certain for Defendants' answer to be due. Counsel for Plaintiff consented to this date.

For these reasons, the Court set the deadline at April 11, 2008, for Defendant to file an answer in this matter.

Dated: March 18, 2008.                    Respectfully Submitted,


                                          /s/ _____
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney


                                          /s/ _____
                                          RUDOLPH CONTRERAS, D.C. BAR #434122
                                          Assistant United States Attorney


                                          /s/ _____
                                          BRANDON L. LOWY
                                          Special Assistant United States Attorney
                                          555 Fourth Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 307-0364

                                          Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MATTHEW J. CHANG,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-2139 (RCL) |
| ) | |
| **MICHAEL CHERTOFF,** ) | |
| **Secretary, Homeland Security,** *et al.*, ) | |
| **Defendants.** ) | |

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion to Set a Date Certain to File an Answer be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, April 11, 2008, to respond to file a dispositive motion.

SO ORDERED.

_____
U.S. District Judge