**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| **MATTHEW J. CHANG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-2139 (RCL)** |
| | ) | |
| **MICHAEL CHERTOFF,** | ) | |
| **Secretary, Homeland Security,** *et al.*, | ) | |
| **Defendants.** | ) | |
| | ) | |

_____

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants Michael Chertoff, Secretary of Homeland Security, Emilio Gonzalez, Director of the United States Citizenship and Immigration Services, Robert Muller, III, Director of Federal Bureau of Investigation, and Paul Novak, Director of United States Citizenship and Immigration Services, Vermont Service Center respectfully move this Court to extend the deadline to April 25, 2008, for Defendant to respond to the Complaint.

There is good cause for the Court to grant this Motion.  Plaintiff filed the Complaint on November 26, 2007.  See Dkt. Entry no. 1.  In preparation of the case, previous counsel for Defendants began to confer with agency counsel regarding the facts, but the Court dismissed the instant case for failure to comply with the Court's Order of January 8, 2008.  See Dkt. Entry no. 3.  The Court granted Plaintiff's Motion to Set Aside Judgment on February 5, 2008.  See Dkt. Entry no. 6.  Soon after undersigned counsel learned that the judgment had been set aside, the Defendants filed a Consent Motion To Set a Date Certain of April 11, 2008, for Defendants to answer the Complaint.  See Dkt. Entry no. 8.

The undersigned counsel has been in contact with agency counsel, and can foresee that the date certain of April 11, 2008, remains too soon for Defendant to file a complete and proper motion.  The undersigned counsel needs an additional two weeks to file an appropriate response to the Complaint. Defendants need the extension so that the undersigned counsel can obtain updated information from that obtained before the case was first dismissed, because there have been factual developments pertinent to Defendants' response that occurred during the recent interim period.   In addition, Defendants need an extension so that undersigned counsel may work with agency counsel further and prepare a response for client and supervisory review prior to filing it with the Court.

Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel conferred with counsel for Plaintiff on this motion, and counsel for Plaintiff opposed the relief requested.

For these reasons, the Court should set the deadline of April 25, 2008, for Defendant to respond to the complaint in this matter.

Dated: April 8, 2008.                    Respectfully Submitted,


      /s/ _____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


     /s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____

BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0364

Attorneys for Defendant

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                       )
**MATTHEW J. CHANG,**                   )
                                       )
**Plaintiff,**                          )
                                       )
**v.**                                  )          **Civil Action No. 07-2139 (RCL)**
                                       )
**MICHAEL CHERTOFF,**                   )
**Secretary, Homeland Security,** *et al.*, )
                                       )
**Defendants.**                         )
_____)


**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time to Respond to the

Complaint and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Motion for an Extension of Time to Respond to the

Complaint be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, April 25, 2008, to

respond to the Complaint.

SO ORDERED.

_____

U.S. District Judge