Michael E. Piston
Alexander G. Vernon
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI 48098
(248) 524-1936

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

MATTHEW J. CHANG, 45 Hickory Drive, Greenwich, CT 06831,

    Plaintiff,

  vs.

MICHAEL CHERTOFF, Secretary of Homeland Security, U.S. Dept. of Homeland Security, Washington, D.C. 20528, EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, 20 Massachusetts Ave., N.W., Washington, D.C. 20529, ROBERT MULLER, III, Director of the Federal Bureau of Investigation, 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535, PAUL NOVAK, Director, United States Citizenship and Immigration Services' Vermont Service Center, 75 Lower Welden Street, St. Albans, VT 05479,

    Defendants.

CASE NO. 1;07-cv-02139

HON. ROYCE C. LAMBERTH

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT - 1

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Plaintiff opposes Defendants' Motion for Time to Respond to the Complaint not only because the Defendants have already been granted one extension and the Motion is vague at best regarding the factual developments which supposedly require more time for response, but more fundamentally because the whole reason for this action is that the Defendants' have unreasonably delayed making a decision on Plaintiff's application for adjustment of status for over three years.  Defendants' motion therefore must be seen, and decided, within the larger context of their systematic delays of Plaintiff's clearly approvable application.

Accordingly, the Defendants should be required to provide a reasonable explanation for their delays by April 11, 2008, the "date certain" upon which they originally agreed to answer this Complaint.

Respectfully submitted this 9th day of April, 2008

/s Michael E. Piston\_\_\_\_\_
Michael E. Piston P-34568
Piston & Carpenter, P.C.
4000 Livernois, Suite 110
(248)524-1936 telephone
(248) 928-0340 facsimile
michael@piston.net

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT - 2

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

    JEFFREY A. TAYLOR, United States Attorney

    RUDOLPH CONTRERAS, Assistant United States Attorney

    BRANDON L. LOWY, Special Assistant United States Attorney

I further certify that I have mailed by United States Postal Service the foregoing document to the following non CM/ECF participant, addressed as follows:

    None

Dated this 9th day of April, 2008.

PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO RESPOND
TO THE COMPLAINT - 3

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

<u>s/MICHAEL E. PISTON</u>
MI 002
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI 48098
248-524-1936
248-680-0627 facsimile
michael@piston.net

PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO RESPOND
TO THE COMPLAINT - 4

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net