UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MATTHEW J. CHANG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2139 (RCL) |
| ) | |
| MICHAEL CHERTOFF, ) | |
| Secretary, Homeland Security, *et al*., ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY
IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE TO TRANSFER**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants Michael Chertoff, Secretary of Homeland Security, Emilio Gonzalez, Director of the United States Citizenship and Immigration Services, Robert Muller, III, Director of Federal Bureau of Investigation, and Paul Novak, Director of United States Citizenship and Immigration Services, Vermont Service Center respectfully move this Court to extend the deadline to May 29, 2008, for Defendant to file a reply in support of their Motion to Dismiss, or in the Alternative, to Transfer.

There is good cause for the Court to grant this Motion. Plaintiff filed the Complaint on November 26, 2007. See Dkt. Entry no. 1. In preparation of the case, previous counsel for Defendants began to confer with agency counsel regarding the facts, but the Court dismissed the instant case for failure to comply with the Court's Order of January 8, 2008. See Dkt. Entry no. 3. The Court granted Plaintiff's Motion to Set Aside Judgment on February 5, 2008. See Dkt. Entry no. 6. On April 25, 2008, Defendants filed a Motion to Dismiss, or in the Alternative, to Transfer ("MTD/MTT"). See Dkt. Entry no. 11. On May 6, 2008, Plaintiff filed an Opposition

to Defendants' MTD/MTT.  See Dkt. Entry no. 12.  According to the Local Rules, Defendants' reply in support of their MTD/MTT is due Friday, May 16, 2008.  See LCvR 7(d).

Plaintiff filed a Motion to Summary Judgment ("MSJ") on May 15, 2008, one day before the deadline for Defendants' reply.  In light of this new filing, the undersigned counsel needs an additional thirteen days to work with agency counsel further to prepare a reply for client and supervisory review prior to filing it with the Court.  In the interest of judicial economy, an extension of time to reply until May 29, 2008 will allow Defendants to file a reply in support of its MTD/MTT and an opposition to Plaintiff's MSJ simultaneously, both of which Defendants plan to file.

Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel attempted to confer with counsel for Plaintiff on this motion via email on Thursday, May 15, 2008; however, Plaintiff's counsel was unavailable and did not respond before the filing of this motion.

For these reasons, the Court should set the deadline of May 29, 2008, for Defendants to file a reply in support of Defendants' MTD/MTT.


Dated: May 16, 2008.                    Respectfully Submitted,


                                         /s/ _____
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney


2

    /s/ _____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


    /s/ _____
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0364

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW J. CHANG,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-2139 (RCL) |
| ) | |
| **MICHAEL CHERTOFF,** ) | |
| **Secretary, Homeland Security,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Upon consideration of Defendants' Motion for an Extension of Time to File a Reply in Support of Motion to Dismiss, or in the Alternative, to Transfer and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendants' Motion for an Extension of Time to File a Reply in Support of Motion to Dismiss, or in the Alternative, to Transfer be and is hereby GRANTED; and that that Defendants shall have up to, and including, May 29, 2008, to respond to file their reply.

SO ORDERED.

_____
U.S. District Judge