Michael E. Piston
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI  48098
(248) 524-1936

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

MATTHEW J. CHANG,

      Plaintiff,

    vs.

MICHAEL CHERTOFF, Secretary of
Homeland Security, U.S. Dept. of
Homeland Security, Washington, D.C.
20528, EMILIO T. GONZALEZ,
Director of the United States
Citizenship and Immigration Services,
20 Massachusetts Ave., N.W.,
Washington, D.C.  20529, ROBERT
MULLER, III, Director of the Federal
Bureau of Investigation, 935
Pennsylvania Avenue, N.W.,
Washington, D.C.  20535, PAUL
NOVAK, Director, United States
Citizenship and Immigration Services'
Vermont Service Center, 75 Lower
Welden Street, St. Albans, VT  05479,

     Defendants.

CASE NO.  1;07-cv-02139

HON. ROYCE C. LAMBERTH

PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF MOTION TO DISMISS, OR
IN THE ALTERNATIVE TO TRANSFER- 1

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE TO TRANSFER**

Plaintiff does not oppose the Defendants' Motion per se, but rather requests that the Court make clear in any Order granting this Motion that no further extensions will be granted to the Defendants' either to reply to Plaintiff's Response to Defendants' Motion to Dismiss or Transfer or his Motion for Summary Judgment.

As a background to the plaintiff's request, it is important to review the virtual comedy of USCIS errors which has led to the extraordinary and completely needless delays in the processing of his application for adjustment of status. Although the Defendants submitted a name check for Matthew J. Chang to the FBI on March 10, 2005, Enzer Declaration ¶ 7, they, apparently as a matter of agency policy, didn't even bother at that time to check the Biographical Information Sheet, form G-325A, filed with his Application for Adjustment of Status to determine whether he had been known by other names throughout his life which required checking. Id. ¶8. As a consequence, no name check was submitted to

PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF MOTION TO DISMISS, OR
IN THE ALTERNATIVE TO TRANSFER- 2

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

the FBI for plaintiff's birth name, Jin-Woo Chang, until after his interview on his application on February 13, 2008, nearly 3 years after the name of Matthew J. Chang had been submitted. Id. ¶9. Further, even then the USCIS didn't bother to follow through to ensure that the FBI actually received the new name check until April 11, 2008, at which time it was discovered that the name check request didn't "go through" to the FBI, necessitating a second request. Id.

As a consequence of these unexplained and thoroughly ridiculous delays, Plaintiff is not merely suffering the inconvenience of not holding lawful permanent resident status, but also is now in danger of having his application for adjustment of status delayed yet again, this time for a potentially indefinite period, if his application is not adjudicated by the Defendants on or before August 12, 2008.

Pursuant to current USCIS policy, Mr. Chang's fingerprints taken are valid for a period of 15 months after processing by the FBI. Therefore the current fingerprints for Mr. Chang are valid until August 28, 2008.  If a final decision regarding Plaintiffs

PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF MOTION TO DISMISS, OR
IN THE ALTERNATIVE TO TRANSFER- 3

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

application is not reached by that date, another fingerprint appointment will be scheduled for the applicant. IBIS checks were initiated on the applicant on February 13, 2008 and are valid for six months. If a final decision regarding Plaintiff's application is not reached by August 12, 2008, a new IBIS check will be necessary. Enver Declaration ¶6.

Of course, it is unknown how long these new IBIS and fingerprint checks will take however, it should be noted that, unlike name checks, there is no agency policy setting a maximum time period for the USCIS to wait for results from the FBI regarding fingerprint checks. Memo, Aytes, Acting Dir. Operations, USCIS, HQ 70/23 & 70/28.1 (attached as Exhibit A to Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss or Transfer) at 2. Therefore failure to adjudicate Mr. Chang's application for adjustment of status by August 12, 2008 (since the resubmission of the IBIS checks on that date will doubtlessly push the processing of plaintiff's application beyond the August 28, 2008 finger print expiration date) may well result in indefinite delays in him becoming a lawful permanent

PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF MOTION TO DISMISS, OR
IN THE ALTERNATIVE TO TRANSFER- 4

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

resident.

The defendants have provided no explanation for failing to adjudicate Mathew Chang's form I-485 except for the fact that they have not received the results of the name check requests for Jin-Woo Chang from the FBI, *Motion to Dismiss or Transfer* at 9, the name check for Mathew J. Chang having been completed by the FBI on February 6, 2008. Cannon Declaration ¶ 43. Therefore it is urgent that this lawsuit be resolved as soon as possible so that Mr. Chang's application for adjustment of status can be adjudicated before his IBIS clearance expires on August 12, 2008 resulting in potentially indefinite delays of his application.

Consequently, the plaintiff respectfully requests that the Court make clear in any order granting defendants any further extensions that no further extensions will be granted, and that it expedite a final decision on the merits of this action following the completion of briefing.

*//*

PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF MOTION TO DISMISS, OR
IN THE ALTERNATIVE TO TRANSFER- 5

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

Respectfully submitted,

Dated this 19th day of May, 2008

/s Michael E. Piston_____
Michael E. Piston MI 002
Piston & Carpenter, P.C.
4000 Livernois, Suite 110
(248)524-1936 telephone
(248) 928-0340 facsimile
michael@piston.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Jeffrey A. Taylor, United States Attorney

Rudolph Contreras, Assistant United States Attorney

Brandon L. Lowy, Special Assistant United States Attorney

I further certify that I have mailed by United States Postal Service the foregoing document to the following non CM/ECF participant, addressed as follows:

***NONE

PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF MOTION TO DISMISS, OR
IN THE ALTERNATIVE TO TRANSFER- 6

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

1

2  Dated this 19th day of May, 2008

3

4

5                                        s/Michael E. Piston

6                                        Michael E. Piston MI002

7                                        Piston & Carpenter P.C.

8                                        4000 Livernois, Suite 110
                                         Troy, MI  48098
9                                        Phone: (248) 524-1936
                                         Fax: (248) 680-0627
10                                       E-mail: michael@piston.net

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF MOTION TO DISMISS, OR
IN THE ALTERNATIVE TO TRANSFER- 7

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
MATTHEW CHANG,                     )
                                                    )
Plaintiff,                                     )   Civil Action No. 07-2139 (RCL)
                                                    )
v.                                                )
                                                    )
MICHAEL CHERTOFF,                 )
Secretary, Homeland Security, et al.,   )
                                                    )
Defendants.                                )
_____ )

## ORDER

Upon consideration of Defendants' Motion for an Extension of Time

to File a Reply in Support of Motion to Dismiss, or in the Alternative, to

Transfer and the entire record herein, it is this _____ day of _____,

2008,


ORDERED that Defendants' Motion for an Extension of Time to File

a Reply in Support of Motion to Dismiss, or in the Alternative, to Transfer

be and is hereby GRANTED; and that Defendants shall have up to, and

including, May 29, 2008, to respond to file their reply. However, absent an

extraordinary showing of good cause, no further extensions will be granted

to the Defendants' either to reply to Plaintiff's Response to Defendants'

Motion to Dismiss or Transfer or his Motion for Summary Judgment.

      SO ORDERED.

                        _____

                        U.S. District Judge