UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. CHANG, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-2139 (RCL) |
| MICHAEL CHERTOFF,<br>Secretary, Homeland Security, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Defendants' Motion for an Extension of Time to File a Reply in Support of Motion to Dismiss, or in the Alternative, to Transfer and the response thereto, and the entire record herein, it is this 29th day of May, 2008,

ORDERED that Defendants' Motion for an Extension of Time to File a Reply in Support of Motion to Dismiss, or in the Alternative, to Transfer be and is hereby GRANTED; and that that Defendants shall have up to, and including, May 29, 2008, to respond to file their reply.

SO ORDERED.

_____/s/_____
Chief Judge Royce C. Lamberth