# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. CHANG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2139 (RCL) |
| ) | |
| MICHAEL CHERTOFF, ) | |
| Secretary, Homeland Security, *et al.*, ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE TO TRANSFER AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants Michael Chertoff, Secretary of Homeland Security, Emilio Gonzalez, Director of the United States Citizenship and Immigration Services, Robert Muller, III, Director of Federal Bureau of Investigation, and Paul Novak, Director of United States Citizenship and Immigration Services, Vermont Service Center respectfully move this Court to extend the deadline to June 5, 2008, for Defendant to file a reply in support of their Motion to Dismiss, or in the Alternative, to Transfer and to June 12, 2008, for Defendant to file an opposition to Plaintiff's Motion for Summary Judgment.

There is good cause for the Court to grant this Motion. Plaintiff filed the Complaint on November 26, 2007. See Dkt. Entry no. 1. In preparation of the case, previous counsel for Defendants began to confer with agency counsel regarding the facts, but the Court dismissed the instant case for failure to comply with the Court's Order of January 8, 2008. See Dkt. Entry no. 3. The Court granted Plaintiff's Motion to Set Aside Judgment on February 5, 2008. See Dkt. Entry no. 6. On April 25, 2008, Defendants filed a Motion to Dismiss, or in the Alternative, to

Transfer ("MTD/MTT").  See Dkt. Entry no. 11.  On May 6, 2008, Plaintiff filed an Opposition to Defendants' MTD/MTT.  See Dkt. Entry no. 12.  Plaintiff filed a Motion for Summary Judgment ("MSJ") on May 15, 2008, one day before the deadline for Defendants' reply.  See Dkt. Entry no. 13.  Defendants requested an extension of time to file a reply in support of their MTD/MTT on May 16, 2008, which was granted on May 29, 2008.  Dkt. Entries 14, 17.

      The undersigned counsel needs additional time to work with agency counsel to prepare a reply and opposition to Plaintiff's dispositive motion.  Counsel underestimated the amount of time it would take him to respond to motions in other cases that were filed and pending around the time of Defendants' most recent extension request.  These, unfortunately, have prevented counsel from being able to complete a proper response for filing with the Court in the time requested.  For example, in addition to this case, undersigned counsel worked on Defendant's initial response in Public Warehousing Company v. Defense Supply Center Philadelphia, et al., 08-0464; Defendant's initial response in Webster v. Winter, 07-1720; and a client agency's document production concerns in Public Employees for Professional Responsibility v. Dept. of Interior, 08-0045; among other things.  Additionally, Defendants' only other counsel of record has been out of the country during this time period, preventing her from working on this case.  Although undersigned counsel had planned originally to file both the Reply in support of the MTD/MMT and the Opposition to Plaintiff's MSJ simultaneously, he now believes that the issues would be clearer for the Court if Defendants were to separate the two briefs.

      Pursuant to Rule 7(m) of the Local Rules of this Court, undersigned counsel has attempted to confer with opposing counsel regarding this extension motion.  Opposing counsel

has not replied as of the time of this motion, but in light of Plaintiff's most recent Response, see Dkt. Entry 16, Defendants are of the understanding that Plaintiff opposes this Motion.

For these reasons, the Court should set the deadline of June 5, 2008, for Defendants to file a reply in support of Defendants' MTD/MTT and of June 12, 2008, for Defendants to file an opposition to Plaintiff's MSJ.

Dated: May 29, 2008.                                Respectfully Submitted,


                                                     /s/ _____
                                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                    United States Attorney


                                                     /s/ _____
                                                    RUDOLPH CONTRERAS, D.C. BAR #434122
                                                    Assistant United States Attorney


                                                     /s/ _____
                                                    BRANDON L. LOWY
                                                    Special Assistant United States Attorney
                                                    555 Fourth Street, N.W.
                                                    Washington, D.C. 20530
                                                    (202) 307-0364

                                                    Attorneys for Defendant

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. CHANG, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-2139 (RCL) |
| MICHAEL CHERTOFF, ) Secretary, Homeland Security, *et al.*, ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Motion for an Extension of Time to File a Reply in Support of Motion to Dismiss, or in the Alternative, to Transfer and Opposition to Plaintiff's Motion for Summary Judgment and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendants' Motion for an Extension of Time to File a Reply in Support of Motion to Dismiss, or in the Alternative, to Transfer be and is hereby GRANTED; and it is

ORDERED that Defendants' Motion for an Extension of Time to File an Opposition to Plaintiff's Motion for Summary Judgment be and is hereby GRANTED; and that it is

FURTHER ORDERED that Defendants shall have up to, and including, June 5, 2008, to file their reply, and shall have up to, and including, June 12, 2008, to file their opposition.

SO ORDERED.

_____
U.S. District Judge