Michael E. Piston
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI  48098
(248) 524-1936

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. CHANG,<br><br>     Plaintiff,<br><br>  vs.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, U.S. Dept. of Homeland Security, Washington, D.C. 20528, EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, 20 Massachusetts Ave., N.W., Washington, D.C.  20529, ROBERT MULLER, III, Director of the Federal Bureau of Investigation, 935 Pennsylvania Avenue, N.W., Washington, D.C.  20535, PAUL NOVAK, Director, United States Citizenship and Immigration Services' Vermont Service Center, 75 Lower Welden Street, St. Albans, VT  05479,<br><br>     Defendants. | CASE NO.  1;07-cv-02139<br><br>HON. ROYCE C. LAMBERTH |

| | |
|---|---|
| PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR A SECOND EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE TO TRANSFER AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT- 1 | Piston & Carpenter P.C.<br>4000 Livernois<br>Ste 110<br>Troy, MI 48098<br>(248)524-1936<br>michael@piston.net |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR A SECOND EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE TO TRANSFER AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff opposes the Defendants' Motion on the grounds that failure to promptly adjudicate these motions could result in indefinite further delays in the processing of Plaintiff's application for adjustment of status and may moot the relief the Plaintiff seeks in this action.

As a background to the plaintiff's opposition, it is important to review the virtual comedy of USCIS errors which has led to the extraordinary and completely needless delays in the processing of his application for adjustment of status. Although the Defendants submitted a name check for Matthew J. Chang to the FBI on March 10, 2005, Enzer Declaration ¶7, they, apparently as a matter of agency policy, didn't even bother at that time to check the Biographical Information Sheet, form G-325A, filed with his Application for Adjustment of Status to determine whether he had been known by other names throughout his life which required

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR A SECOND EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE TO TRANSFER AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT- 2

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

checking. Id. ¶8. As a consequence, no name check was submitted to the FBI for plaintiff's birth name, Jin-Woo Chang, until after his interview on his application on February 13, 2008, nearly 3 years after the name of Matthew J. Chang had been submitted. Id. ¶9. Further, even then the USCIS didn't bother to follow through to ensure that the FBI actually received the new name check until April 11, 2008, at which time it was discovered that the name check request didn't "go through" to the FBI, necessitating a second request. Id.

As a consequence of these unexplained and thoroughly ridiculous delays, Plaintiff is not merely suffering the inconvenience of not holding lawful permanent resident status, but also is now in danger of having his application for adjustment of status delayed yet again, this time for a potentially indefinite period, if his application is not adjudicated by the Defendants on or before August 12, 2008.

Pursuant to current USCIS policy, Mr. Chang's fingerprints taken are valid for a period of 15 months after processing by the FBI. Therefore the current fingerprints for Mr. Chang are valid

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR A SECOND EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE TO TRANSFER AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT- 3

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

until August 28, 2008. If a final decision regarding Plaintiff's application is not reached by that date, another fingerprint appointment will be scheduled for the applicant. IBIS checks were initiated on the applicant on February 13, 2008 and are valid for six months. If a final decision regarding Plaintiff's application is not reached by August 12, 2008, a new IBIS check will be necessary. Enver Declaration ¶6.

Of course, it is unknown how long these new IBIS and fingerprint checks will take however, it should be noted that, unlike name checks, there is no agency policy setting a maximum time period for the USCIS to wait for results from the FBI regarding fingerprint checks. Memo, Aytes, Acting Dir. Operations, USCIS, HQ 70/23 & 70/28.1 (attached as Exhibit A to Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss or Transfer) at 2. Therefore failure to adjudicate Mr. Chang's application for adjustment of status by August 12, 2008 (since the resubmission of the IBIS checks on that date will doubtlessly push the processing of plaintiff's application beyond the August 28, 2008 finger print expiration date) may well

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR A SECOND EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE TO TRANSFER AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT- 4

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

result in indefinite delays in him becoming a lawful permanent resident.

The Defendants have provided no explanation for failing to adjudicate Mathew Chang's form I-485 except for the fact that they have not received the results of the name check requests for Jin-Woo Chang from the FBI, *Motion to Dismiss or Transfer* at 9, the name check for Mathew J. Chang having been completed by the FBI on February 6, 2008. Cannon Declaration ¶ 43. Therefore it is urgent that this lawsuit be resolved as soon as possible so that Mr. Chang's application for adjustment of status can be adjudicated before his IBIS clearance expires on August 12, 2008 resulting in potentially indefinite delays of his application.

Consequently, the Plaintiff respectfully requests that the Court deny Defendants any further extensions of time to reply in these matters and that the Court expedite a final decision on the merits of this action following the completion of briefing.

//

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR A SECOND EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE TO TRANSFER AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT- 5

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

Respectfully submitted,

Dated this 2nd day of June, 2008

/s Michael E. Piston\_\_\_\_\_
Michael E. Piston MI 002
Piston & Carpenter, P.C.
4000 Livernois, Suite 110
(248)524-1936 telephone
(248) 928-0340 facsimile
michael@piston.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Jeffrey A. Taylor, United States Attorney

Rudolph Contreras, Assistant United States Attorney

Brandon L. Lowy, Special Assistant United States Attorney

I further certify that I have mailed by United States Postal Service the foregoing document to the following non CM/ECF participant, addressed as follows:

***NONE

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR A SECOND EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE TO TRANSFER AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT- 6

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

Dated this 2nd day of June, 2008

<u>s/Michael E. Piston</u>
Michael E. Piston MI002
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI 48098
Phone: (248) 524-1936
Fax: (248) 680-0627
E-mail: michael@piston.net

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR A SECOND EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE TO TRANSFER AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT- 7

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net