UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. CHANG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2139 (RCL) |
| ) | |
| MICHAEL CHERTOFF, ) | |
| Secretary, Homeland Security, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendants' Motion for an Extension of Time to File a Reply in Support of Motion to Dismiss, or in the Alternative, to Transfer and Opposition to Plaintiff's Motion for Summary Judgment and the entire record herein, it is this 4th day of June, 2008,

ORDERED that Defendants' Motion for an Extension of Time to File a Reply in Support of Motion to Dismiss, or in the Alternative, to Transfer be and is hereby GRANTED; and it is

ORDERED that Defendants' Motion for an Extension of Time to File an Opposition to Plaintiff's Motion for Summary Judgment be and is hereby GRANTED; and that it is

FURTHER ORDERED that Defendants shall have up to, and including, June 5, 2008, to file their reply, and shall have up to, and including, June 12, 2008, to file their opposition. Neither date shall be further extended.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on June 4, 2008.