Michael E. Piston
Alexander G. Vernon
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI  48098
(248) 524-1936

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. CHANG, 45 Hickory Drive, Greenwich, CT  06831,<br>    Plaintiff,<br><br>   vs.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, U.S. Dept. of Homeland Security, Washington, D.C. 20528, EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, 20 Massachusetts Ave., N.W., Washington, D.C.  20529, ROBERT MULLER, III, Director of the Federal Bureau of Investigation, 935 Pennsylvania Avenue, N.W., Washington, D.C.  20535, PAUL NOVAK, Director, United States Citizenship and Immigration Services' Vermont Service Center, 75 Lower Welden Street, St. Albans, VT  05479,<br><br>    Defendants. | CASE NO.  1;07-cv-02139<br><br>HON. ROYCE C. LAMBERTH |

PLAINTIFF'S  MOTION TO VOLUNTARILY DISMISS PAUL NOVAK AS A DEFENDANT- 1

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

# PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS PAUL NOVAK AS A DEFENDANT

Plaintiff moves to dismiss without prejudice Paul Novak, director of the USCIS's Vermont Service Center, as a defendant in this action since there is no relief which plaintiff is seeking from at time him inasmuch as the Vermont Service Center no longer has jurisdiction over Defendant's application for adjustment of status. Declaration of Ethan Enzer, ¶3. Plaintiff requests that this dismissal be without prejudice since there is nothing to prevent the USCIS from transferring Plaintiff's application back to the Vermont Service Center over which Mr. Novak presides at any time.

Plaintiff has conferred with Defendants regarding this motion. They have informed him that "We take no position on your anticipated motion to dismiss at this time, but we will take a position on it once we have reviewed the motion."

Respectfully submitted,

Dated this 11th day of June, 2008

PLAINTIFF'S MOTION TO VOLUNTARILY
DISMISS PAUL NOVAK AS A DEFENDANT- 2

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

/s Michael E. Piston\_\_\_\_\_
Michael E. Piston MI 002
Piston & Carpenter, P.C.
4000 Livernois, Suite 110
(248)524-1936 telephone
(248) 928-0340 facsimile
michael@piston.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

    Jeffrey A. Taylor, United States Attorney

    Rudolph Contreras, Assistant United States Attorney

    Brandon L. Lowy, Special Assistant United States Attorney

I further certify that I have mailed by United States Postal Service the foregoing document to the following non CM/ECF participant, addressed as follows:

***NONE

PLAINTIFF'S MOTION TO VOLUNTARILY
DISMISS PAUL NOVAK AS A DEFENDANT- 3

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

1  Dated this 11th day of June, 2008

                                                      s/Michael E. Piston
                                                      Michael E. Piston MI002
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI  48098
Phone: (248) 524-1936
Fax: (248) 680-0627
E-mail: michael@piston.net

PLAINTIFF'S MOTION TO VOLUNTARILY
DISMISS PAUL NOVAK AS A DEFENDANT- 4

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. CHANG, 45 Hickory Drive, Greenwich, CT 06831,<br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, U.S. Dept. of Homeland Security, Washington, D.C. 20528, EMILIO T. GONZALEZ**,** Director of the United States Citizenship and Immigration Services, 20 Massachusetts Ave., N.W., Washington, D.C. 20529, ROBERT MULLER, III, Director of the Federal Bureau of Investigation, 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535, PAUL NOVAK, Director, United States Citizenship and Immigration Services' Vermont Service Center, 75 Lower Welden Street, St. Albans, VT 05479,<br><br>    Defendants. | CASE NO.  1;07-cv-02139<br><br>HON. ROYCE C. LAMBERTH |

## **ORDER**

AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiff's Motion to Voluntarily Dismiss Paul Novak as a Defendant, IT IS HEREBY ORDERED THAT:

1  Plaintiff's Motion is GRANTED and Paul Novak is dismissed as
2  a defendant in this action without prejudice. Each party shall bear
3  their own cost.

_____
HON. Royce C. Lamberth
United States District Judge