Michael E. Piston
Alexander G. Vernon
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI  48098
(248) 524-1936

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. CHANG, 45 Hickory Drive, Greenwich, CT  06831,<br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, U.S. Dept. of Homeland Security, Washington, D.C.  20528, EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, 20 Massachusetts Ave., N.W., Washington, D.C.  20529, ROBERT MULLER, III, Director of the Federal Bureau of Investigation, 935 Pennsylvania Avenue, N.W., Washington, D.C.  20535, PAUL NOVAK, Director, United States Citizenship and Immigration Services' Vermont Service Center, 75 Lower Welden Street, St. Albans, VT  05479,<br><br>    Defendants. | CASE NO.  1;07-cv-02139<br><br>HON. ROYCE C. LAMBERTH |

PLAINTIFF'S  RESPONSE TO DEFENDANTS' ALTERNATIVE MOTION TO TRANSFER- 1

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

# PLAINTIFF'S RESPONSE TO DEFENDANTS' ALTERNATIVE MOTION TO TRANSFER

Part IV of the Defendants' Reply in Support of Motion to Dismiss, or in the Alternative, to Transfer and Alternative Motion to Transfer makes a new motion not heretofore before this court, namely to transfer this action to the District of Vermont. 28 U.S.C. Section 1404(a) provides that "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

However, the Defendants have failed to identify any parties or witnesses whose convenience such a transfer would serve. Certainly it would not serve the convenience of the Plaintiff who has absolutely no connection to Vermont whatsoever. Nor would it serve the convenience of even the Defendants themselves in that although Paul Novak is nominally a Defendant in this action, he in fact now has no role to play in this case now that jurisdiction over Mr.

PLAINTIFF'S RESPONSE TO DEFENDANTS'
ALTERNATIVE MOTION TO TRANSFER- 2

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

Chang's form I-485 has been transferred to the USCIS Hartford Office. Accordingly, the Plaintiff has filed with this response a motion to dismiss Mr. Novak as a Defendant.

None of the other Defendants nor the witnesses from whom they have submitted affidavits reside in or have any apparent connection to Vermont. Further, the Defendants have been represented throughout this litigation by attorneys based in the District of Columbia .

Finally, Plaintiff's counsel is not admitted to the U.S. District Court for the District of Vermont. Whether local counsel could be obtained and at what expense is a matter of speculation. Therefore it would not serve the convenience of either the parties or any likely witness to transfer this case to Vermont.

Nor would the interest of justice be served in any way by this transfer in that it would waste scare judicial resources by squandering all the time which this court and its staff have placed into reviewing the extensive briefs in this matter. Second it would significantly delay the resolution of this case in that the very same motions and briefs that have been filed in this case would have to

PLAINTIFF'S RESPONSE TO DEFENDANTS' ALTERNATIVE MOTION TO TRANSFER- 3

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

be refiled with the U.S. District Court for the District of Vermont. Not only does delay not serve the interest of justice in general, but, it severely prejudices the Plaintiff where the whole basis for his complaint is that his application for adjustment of status has already been unduly delayed due to the indefensibly inefficient USCIS processing and stands to be delayed yet further if the decision in this matter is delayed beyond August 12, 2008.

As a background to the plaintiff's opposition, it is important to review the virtual comedy of USCIS errors which has led to the extraordinary and completely needless delays in the processing of his application for adjustment of status. Although the Defendants submitted a name check for Matthew J. Chang to the FBI on March 10, 2005, Enzer Declaration ¶7, they, apparently as a matter of agency policy, didn't even bother at that time to check the Biographical Information Sheet, form G-325A, filed with his Application for Adjustment of Status to determine whether he had been known by other names throughout his life which required checking.  Id. ¶8. As a consequence, no name check was submitted to the FBI for plaintiff's birth name, Jin-Woo Chang, until after his

PLAINTIFF'S  RESPONSE TO DEFENDANTS'
ALTERNATIVE MOTION TO TRANSFER- 4

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

interview on his application on February 13, 2008, nearly 3 years after the name of Matthew J. Chang had been submitted. Id. ¶9. Further, even then the USCIS didn't bother to follow through to ensure that the FBI actually received the new name check until April 11, 2008, at which time it was discovered that the name check request didn't "go through" to the FBI, necessitating a second request. Id.

As a consequence of these unexplained and thoroughly ridiculous delays, Plaintiff is not merely suffering the inconvenience of not holding lawful permanent resident status, but also is now in danger of having his application for adjustment of status delayed yet again, this time for a potentially indefinite period, if his application is not adjudicated by the Defendants on or before August 12, 2008.

Pursuant to current USCIS policy, Mr. Chang's fingerprints taken are valid for a period of 15 months after processing by the FBI. Therefore the current fingerprints for Mr. Chang are valid until August 28, 2008.  If a final decision regarding Plaintiff's

PLAINTIFF'S RESPONSE TO DEFENDANTS' ALTERNATIVE MOTION TO TRANSFER- 5

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

application is not reached by that date, another fingerprint appointment will be scheduled for the applicant. IBIS checks were initiated on the applicant on February 13, 2008 and are valid for six months. If a final decision regarding Plaintiff's application is not reached by August 12, 2008, a new IBIS check will be necessary. Enver Declaration ¶6.

Of course, it is unknown how long these new IBIS and fingerprint checks will take however, it should be noted that, unlike name checks, there is no agency policy setting a maximum time period for the USCIS to wait for results from the FBI regarding fingerprint checks.  Memo, Aytes, Acting Dir. Operations, USCIS, HQ 70/23 & 70/28.1  (attached as Exhibit A to Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss or Transfer) at 2.  Therefore failure to adjudicate Mr. Chang's application for adjustment of status by August 12, 2008 (since the resubmission of the IBIS checks on that date will doubtlessly push the processing of plaintiff's application beyond the August 28, 2008 finger print expiration date) may well result in indefinite delays in him becoming a lawful permanent

PLAINTIFF'S  RESPONSE TO DEFENDANTS'
ALTERNATIVE MOTION TO TRANSFER- 6

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

resident.

The defendants have provided no explanation for failing to adjudicate Mathew Chang's form I-485 except for the fact that they have not received the results of the name check requests for Jin-Woo Chang from the FBI, *Motion to Dismiss or Transfer* at 9, the name check for Mathew J. Chang having been completed by the FBI on February 6, 2008. Cannon Declaration ¶ 43. Therefore it is urgent that this lawsuit be resolved as soon as possible so that Mr. Chang's application for adjustment of status can be adjudicated before his IBIS clearance expires on August 12, 2008 resulting in potentially indefinite delays of his application.

Since the Defendants have failed to identify any benefit even to themselves of the transfer of this case to the U.S. District of Vermont, and the U.S. District of Vermont appears to bear no relationship to this matter whatsoever now that the jurisdiction over the Plaintiff's application for adjustment of status has been transferred to Connecticut, it is evident that the Defendants' sole purpose for making this motion is to harass the Plaintiff and delay

PLAINTIFF'S RESPONSE TO DEFENDANTS'
ALTERNATIVE MOTION TO TRANSFER- 7

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

this matter. Neither the convenience of the parties nor the interest of justice are served by this transfer and the court should reject it.

Respectfully submitted,

Dated this 11th day of June, 2008

          /s Michael E. Piston\_\_\_\_\_
          Michael E. Piston MI 002
          Piston & Carpenter, P.C.
          4000 Livernois, Suite 110
          (248)524-1936 telephone
          (248) 928-0340 facsimile
          michael@piston.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

    Jeffrey A. Taylor, United States Attorney

    Rudolph Contreras, Assistant United States Attorney

    Brandon L. Lowy, Special Assistant United States Attorney

I further certify that I have mailed by United States Postal Service the foregoing document to the following non CM/ECF participant,

PLAINTIFF'S RESPONSE TO DEFENDANTS' ALTERNATIVE MOTION TO TRANSFER- 8

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

addressed as follows:

***NONE

Dated this 11th day of June, 2008

                                                s/Michael E. Piston
Michael E. Piston MI002
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI  48098
Phone: (248) 524-1936
Fax: (248) 680-0627
E-mail: michael@piston.net

PLAINTIFF'S RESPONSE TO DEFENDANTS' ALTERNATIVE MOTION TO TRANSFER- 9

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net