UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. CHANG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2139 (RCL) |
| ) | |
| MICHAEL CHERTOFF, ) | |
| Secretary, Homeland Security, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO CONTINUE MOTIONS HEARING SET FOR SEPTEMBER 5, 2008**

Defendants, through undersigned counsel, respectfully request that the Court continue the motions hearing currently set for September 5, 2008, in light of recent factual developments which affect the mandamus claims raised in Plaintiff's complaint. Defendants request that the hearing be rescheduled for a date in late September or early October which is convenient to the Court. In accordance with Local Civil Rule 7(m), counsel for Defendants contacted Plaintiff's counsel the evening of September 3, 2008, to request his position on this motion. Plaintiff's counsel indicated that Plaintiff is neutral regarding the relief requested in this motion.

This is a mandamus case concerning Plaintiff's I-485 application for adjustment of status, i.e., his application to become a permanent resident of the United States. Plaintiff alleges that the FBI and United States Citizenship and Immigration Services ("USCIS") have unreasonably delayed aspects of the I-485 adjudicative process. Specifically, Plaintiff contends that the FBI has unreasonably delayed completing name checks on Plaintiff, and that USCIS has unreasonably delayed its adjudication of the I-485 application.

When the parties' prior motions were briefed (in April through June of this year), USCIS had not yet received the results of the FBI name checks conducted in connection with Plaintiff's application, and USCIS had not completed its adjudication of the application. At that time, the FBI had completed its name check for one of Plaintiff's two distinct names. Both parties' arguments regarding this Court's jurisdiction and the merits of their respective summary judgment motions were premised upon those facts; Plaintiff alleged that the facts showed unreasonable delay, and Defendants argued that the Court lacked jurisdiction and any delay was reasonable.

On the afternoon of September 3, 2008, the undersigned learned that USCIS has now received the name check results for both of Plaintiff's distinct names (Matthew Chang and Jin Woo Chang), both of which have been completed by the FBI, and that pending name checks are no longer an obstacle to the adjudication of Plaintiff's I-485.[1] However, Plaintiff does not have current fingerprints on file, and USCIS has scheduled a fingerprinting appointment for September 18, 2008. See Exh. 1 (Notice of Biometrics Appointment). USCIS will proceed to complete its adjudication of Plaintiff's I-485 application once it has received the results of the fingerprint analysis.

Defendants respectfully submit that these changed circumstances provide good cause to continue the motions hearing, given their effect upon the positions the parties took in the prior motions. Although Defendants previously argued that the Court lacked jurisdiction to compel the FBI to complete a name check within a certain period of time, it is now clear that Plaintiff's claims against the FBI should be dismissed as moot; Defendants intend to seek dismissal of those claims on that ground. Defendants anticipate that Plaintiff's claims against USCIS will become

---

[1] Defendants will submit a declaration corroborating these facts as an exhibit to a status report which Defendants intend to file later today. Defendants have filed this motion without that declaration to avoid delay, as this motion seeks to continue a hearing scheduled for tomorrow morning.

2

moot shortly after September 18, 2008, which would obviate the need for a hearing on the pending motion to dismiss and cross motions for summary judgment. However, even if USCIS does not complete its adjudication within the next three weeks, Defendants need time to review the prior briefs to determine whether and how this change in the status of the adjudication affects the arguments in the summary judgment motion, and whether a short supplemental brief would be appropriate.

In sum, the recent completion of the FBI name checks provides good cause to reschedule the motions hearing, and makes it likely that all of Plaintiff's claims will be moot in the near future. Counsel for Defendants would be available for the hearing September 24, 25, 26, 29, and 30, or any date in October. Granting this continuance should not prejudice either party. A proposed order is submitted herewith.

Dated: September 4, 2008                    Respectfully submitted,

                                            /s/
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

                                            /s/
                                            RUDOLPH CONTRERAS, D.C. BAR #434122
                                            Assistant United States Attorney

                                            /s/  Robin M. Meriweather
                                            ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                            Assistant United States Attorney
                                            555 Fourth St., N.W.
                                            Washington, D.C.  20530
                                            Phone: (202) 514-7198  Fax: (202) 514-8780
                                            Robin.Meriweather2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. CHANG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2139 (RCL) |
| ) | |
| MICHAEL CHERTOFF, ) | |
| Secretary, Homeland Security, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Motion to Continue, it is this _____ day of September, 2008,

ORDERED that Defendants' Motion to Continue be and hereby is GRANTED.

It is further ORDERED that the motions hearing currently set for September 5, 2008 at 10:00 a.m., shall be rescheduled for _____.

SO ORDERED.

_____

United States District Judge