UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. CHANG, <br><br>Plaintiff, <br><br>v. <br><br>MICHAEL CHERTOFF, <br>Secretary, Homeland Security, *et al.*, <br><br>Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-2139 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of Defendants' Motion to Continue, it is this ____4th_____ day of September, 2008,

ORDERED that Defendants' Motion to Continue be and hereby is GRANTED.

It is further ORDERED that the motions hearing currently set for September 5, 2008 at 10:00 a.m., shall be rescheduled for _____September 24, 2008 at 9:30 a.m. _____.

SO ORDERED.

_____/s/_____

Royce C. Lamberth

Chief Judge