UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. CHANG, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-2139 (RCL) |
| MICHAEL CHERTOFF,<br>Secretary, Homeland Security, *et al.*, | ) |
| Defendants. | ) |

**STATUS REPORT**

      Defendants hereby submit a status report to inform the Court of events which have transpired since the parties briefed the pending motion to dismiss and cross-motions for summary judgment. This is a mandamus case in which Plaintiff alleges that United States Citizenship and Immigration Services ("USCIS") has unreasonably delayed its adjudication of his I-485 application for adjustment of status, and that the Federal Bureau of Investigation ("FBI") has unreasonably delayed its completion of the name checks it conducts in connection with that application. See Compl. ¶¶ 1, 16-20.

      The FBI has completed the name checks for both of Plaintiff's distinct names (Matthew Chang and Jin Woo Chang), and USCIS has now received those name check results. See Exh. 1, Declaration of Ethan Enzer, ¶ 4. Accordingly, pending name checks are no longer an obstacle to the adjudication of Plaintiff's I-485. However, Plaintiff does not have current fingerprints on file, and USCIS has scheduled a fingerprinting appointment for September 18, 2008. See id. ¶ 5; Exh. 2, Notice of Biometrics Appointment. USCIS will proceed to complete its adjudication of

Plaintiff's I-485 application once it has received the results of the fingerprint analysis. See Enzer Decl. ¶ 6.

September 4, 2008                               Respectfully submitted,

                                                                     /s/
                                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                                      United States Attorney

                                        /s/
                                      RUDOLPH CONTRERAS, D.C. BAR #434122
                                      Assistant United States Attorney

                                       /s/ Robin M. Meriweather
                                      ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                      Assistant United States Attorney
                                      555 Fourth St., N.W.
                                      Washington, D.C. 20530
                                      Phone: (202) 514-7198  Fax: (202) 514-8780
                                      Robin.Meriweather2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. CHANG, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-2139 (RCL) |
| MICHAEL CHERTOFF, ) Secretary, Homeland Security, et al., ) | |
| Defendants. ) | |

SECOND SUPPLEMENTAL DECLARATION OF ETHAN ENZER

1. I am currently employed as Field Office Director at the Hartford, Connecticut office of U.S. Citizenship and Immigration Services ("USCIS"), an agency within the U.S. Department of Homeland Security. I have held this position since March 1, 2004.

2. As Field Office Director, I am familiar with the A-file and I485 application of Plaintiff Matthew J. Chang, A98 899 066, for the reasons stated in my prior declarations.

3. Plaintiff Matthew J. Chang, A98 899 066, filed an I-485, Application for Adjustment of Status on February 28, 2005. That application was transferred to the Hartford, CT field office on January 29, 2008.

4. USCIS initiated FBI name checks on Plaintiff for each of his two distinct names: "Jin Woo Chang" and "Matthew Chang." USCIS has received the results of the FBI name check for both of those names.

5. FBI fingerprint checks must be completed for each alien applicant for an immigration benefit, as required by Public Law 105-119. Plaintiff's prior fingerprints expired

August 28, 2008. USCIS has scheduled Plaintiff to appear for a fingerprinting appointment on September 18, 2008 at 8:00 a.m.

6. USCIS will proceed to complete its adjudication of Plaintiff's I485 application once it has received the results of the fingerprint analysis.

I certify under penalty of perjury that the foregoing statements are true and correct.

Dated: September 4, 2008

_____
Ethan Enzer, Field Office Director

| **ASC Appointment Notice** | APPLICATION NUMBER EAC0510351834 | | NOTICE DATE 9/3/2008 |
|---|---|---|---|
| CASE TYPE I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A# A098899066 | CODE 1 |
| | TCN | SERVICE CENTER TSC | PAGE 1 of 1 |

MATTHEW J CHANG
45 HICKORY DR
GREENWICH, CT 06831



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS NEW ROCHELLE | 09/18/2008 |
| 246 NORTH AVE. | 8:00 AM |
| NEW ROCHELLE, NY 10801 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

APPLICATION NUMBER 1
I485    . EAC0510351834



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**
*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

| ASC Appointment Notice | APPLICATION NUMBER EAC0510351854 | NOTICE DATE 9/3/2008 |
|---|---|---|
| CASE TYPE I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A# A098899065 | CODE 1 |
| | TCR | SERVICE CENTER TSC | PAGE 1 of 1 |

EUNJI PARK
45 HICKORY DR
GREENWICH, CT 06831



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER USCIS NEW ROCHELLE 246 NORTH AVE. NEW ROCHELLE, NY 10801 | DATE AND TIME OF APPOINTMENT 09/18/2008 8:00 AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

APPLICATION NUMBER:
I485 - EAC0510351854



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*